THOMPSON, Respondent, v. BELLAS HESS & CO., Appellants. (Supreme Court, Appellate Division, Second Department. March 12, 1915.) Action by Hans Thompson, as administrator, etc., of Gertrude Thompson, deceased, against Bellas Hess & Co. No opinion. Judgment and order unanimously affirmed, with costs.

TIELENIUS, Respondent, v. HOLLENDER, Appellant. (Supreme Court, Appellate Division, Second Department. March 26, 1915.) Action by Carl Tielenius against Frederick Hollender. No opinion. Judgment and order reversed, and new trial granted, costs to abide the event, unless within 20 days plaintiff stipulate to reduce the recovery of damages to the sum of $7,500, in which event the judgment, as modified, and the order, are unanimously affirmed, without costs.

TIGHE v. WALTERS. (Supreme Court, Appellate Division, First Department. March 19, 1915.) Action by James P. Tighe against Catherine M. Walters. No opinion. Motion granted, with $10 costs. Order filed.

TILTON v. GANS et al. (Supreme Court, Appellate Division, First Department. April 16, 1915.) Action by Samuel U. Tilton against Levi L. Gans and others. No opinion. Motion denied, with $10 costs. Order filed. See, also, 152 N. Y. Supp. 1146.

TILTON, Appellant, v. GANS et al., Respondents. (Supreme Court, Appellate Division, First Department. April 16, 1915.) Action by Samuel U. Tilton, suing, etc., against Levi L. Gans and others. C. Strauss, of New York City, for appellant. A. I. Elkus, of New York City, for respondents. No opinion. Order affirmed, with $10 costs and disbursements. Order filed. See, also, 152 N. Y. Supp. 981, 1146.

TIMEN, Respondent, v. JAMES A. McCREERY & CO., Appellants. (Supreme Court, Appellate Division, First Department. May 7, 1915.) Action by Paul Timen against James A. McCreery & Co. W. L. Glenney, of New York City, for appellants. N. Friedman, of New York City, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

TOMS, Respondent, v. POST & McCORD, Appellant, et al. (Supreme Court, Appellate Division, First Department. May 7, 1915.) Action by Catherine Toms, as administratrix, etc., against Post & McCord, impleaded with others. E. C. Sherwood, of New York City, for appellants. R. Gillette, of New York City, for respondent. PER CURIAM. Judgment and order affirmed, with costs. Order filed. INGRAHAM, P. J., and SCOTT, J., dissent.

TOWNSEND, Respondent, v. FIRST NAT. BANK OF CITY OF NEW YORK, Appellant. (Supreme Court, Appellate Division, Third Department. May 7, 1915.) Action by Charles D. Townsend, as receiver of the Oneonta, Cooperstown & Richfield Springs Railway Company, against the First National Bank of the City of New York. No opinion. Orders affirmed, with costs of one motion to abide the event.

TRESHAM et al., Respondents, v. MILLER, Appellant. (Supreme Court, Appellate Division, Second Department. March 19, 1915.) Action by George J. Tresham and another against Albert A. Miller.

PER CURIAM. Motion to dismiss appeal denied, on condition that within five days appellant pay to respondents $10 costs of motion, perfect his appeal from the order as finally resettled, print, serve, and file papers on such appeal, containing all of the affidavits recited as read on the motion resulting in such order, place the case on the calendar for April 5, 1915, and be ready for argument when reached; otherwise, motion granted, with costs. See, also, 152 N. Y. Supp. 1146.

TRESHAM et al., Respondents, v. MILLER, Appellant. (Supreme Court, Appellate Division, Second Department. April 9, 1915.) Action by George J. Tresham and another against Albert A. Miller. No opinion. Appeal dismissed, with $10 costs and disbursements. See, also, 152 N. Y. Supp. 1146.

In re TRUSTEE OF SUPREME COURT LIBRARY AT BUFFALO. (Supreme Court, Appellate Division, Fourth Department. March 17, 1915.) In the matter of the appointment of a trustee of the Supreme Court Library at Buffalo. No opinion. Justice Cuthbert W. Pound appointed trustee to fill the vacancy caused by the death of Charles F. Tabor.

TUOHEY, Respondent, v. McGRATTY et al., Appellants. (Supreme Court, Appellate Division, Second Department. April 1, 1915.) Action by Michael Tuohey against Edward J. McGratty and another. No opinion. Judgment and order unanimously affirmed, with costs.

TWOMBLY, Appellant, v. CITY OF NEW YORK, Respondent. (Supreme Court, Appellate Division, First Department. March 12, 1915.) Action by Daniel W. Twombly against the City of New York. S. O'Brien, of New York City, for appellant. T. Farley, of New York City, for respondent. No opinion. Determination affirmed, with costs, and judgment absolute ordered against plaintiff on stipulation. Order filed. See, also, 70 Misc. Rep. 515, 127 N. Y. Supp. 388.

UNITED STATES TITLE GUARANTY CO., Respondent, v. BROWN, Appellant. (Supreme Court, Appellate Division, Second Department. April 23, 1915.) Action by the United States Title Guaranty Company against Arthur A. Brown. No opinion. Motion for leave to appeal (in 152 N. Y. Supp. 470) to the Court of Appeals granted. Settle order before the Presiding Justice.